# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHRISTOPHER WEST, | C/A No.: 5:13-cv-0981DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| DIRECTOR WILLIAM R. BYARS, JR., WARDEN CECILIA REYNOLDS, ASSOCIATE WARDEN JERRY WASHINGTON, MAJOR DARREN SEWARD, CAPTAIN DANIEL DUBOSE, LIEUTENANT CLAUDE POWELL, SERGEANT KRISTOPHER SWEET, CORPORAL JEREMY TARTLTON, OFFICER LAWRENCE TAYLOR, and NURSE LUANNE MUNGO, | |
| Defendants. | |

This matter is before the court pursuant to plaintiff's motion for reconsideration of the court's order denying plaintiff's motion to amend. This motion was filed on September 1, 2015. Defendants filed their response in opposition on September 17, 2015. After careful review of the record, it is therefore

**ORDERED** that plaintiff's motion for reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

September 23, 2015
Charleston, South Carolina